FILED

NOV 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>GUADALUPE VALENCIA,<br><br>　　　　Defendant - Appellant. | No. 12-50275<br><br>D.C. No. 2:10-cr-01267-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's unopposed motion for leave to file an oversized opposition to appellee's motion to dismiss is granted. The Clerk shall file the oversized brief submitted on November 15, 2013.

Appellant's motion to file under seal certain exhibits in support of her opposition to appellee's motion is also granted. The Clerk shall file the exhibits received on November 15, 2013, under seal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Megan Howard
Research Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A