FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff - Appellee,<br><br>  v.<br><br>GUADALUPE VALENCIA,<br><br>             Defendant - Appellant. | No. 12-50275<br><br>D.C. No. 2:10-cr-01267-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Appellee's motion to dismiss this appeal in light of the valid appeal waiver is granted. *See United States v. Harris*, 628 F.3d 1203, 1205 (9th Cir. 2011) (appeal waiver is enforceable if its language encompasses the right to appeal on the grounds raised and the waiver is knowingly and voluntarily made).

**DISMISSED.**