UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>GUADALUPE VALENCIA,<br><br>  Defendant - Appellant. | No. 12-50275<br><br>D.C. No. 2:10-cr-01267-SJO-1<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

 The judgment of this Court, entered December 20, 2013, takes effect this date.

 This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

             FOR THE COURT:
             Molly C. Dwyer
             Clerk of Court

             Jessica F. Flores
             Deputy Clerk